IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 MAR -9  PM 2: 48
DEPUTY CLERK ____

| | |
|---|---|
| GEORGE ALVIN JONES, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:14-CV-0246 |
| § | |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On February 29, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas application be dismissed for want of prosecution and as moot. On March 7, 2016, the copy of the Report and Recommendation mailed to petitioner was returned to the Court. As of this date, neither party has filed any objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _9th_ day of _March_ 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE